Certificate Number: 15111-CAN-DE-015377811

Bankruptcy Case Number: 11-45655



15111-CAN-DE-015377811

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 7, 2011</u>, at <u>12:19</u> o'clock <u>AM EDT</u>, <u>Michael Ehrlich</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date:  <u>July 7, 2011</u>

By:  <u>/s/Keith Bukowski</u>

Name:  <u>Keith Bukowski</u>

Title:  <u>Teacher</u>



15111-CAN-DE-015377809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2011, at 12:19 o'clock AM EDT, Jenifer Kent completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: July 7, 2011

By: /s/Keith Bukowski

Name: Keith Bukowski

Title: Teacher